MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SALOMON v. ANDREA                         Case No. 06cv0484 WQH(RBB)
                                          **TIME SPENT:** _____

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Stephen Estey (present) | Ed Walton (present) |

PROCEEDINGS:    ___ In Chambers    ___ In Court    _x_ Telephonic

A telephonic settlement conference was held.

A settlement conference is set for June 8, 2007, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: February 23, 2007        IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Hayes                    INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\SALOMON484\MINUTE10.wpd