# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO SALOMON,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>ANDREA C., Official Number 636307, her engines, machinery, appurtenances and cargo, in rem; the ANDREA C. FISHING CORPORATION, a corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 06CV484 WQH (RBB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE DATES |

HAYES, Judge:

On March 3, 2006, Plaintiff filed the Complaint in this matter. (Doc. # 1). Thereafter, on August 21, 2006, Magistrate Judge Ruben B. Brooks issued a scheduling order to govern pretrial proceedings. (Doc. # 10).

On November 5, 2007, the parties filed a joint motion to continue the pretrial conference date and other related dates in order to continue settlement discussions and otherwise streamline the issues in the case. (Doc. # 32). Good cause appearing, the joint motion (Doc. # 32) is GRANTED.

It is HEREBY ORDERED that:

(1) The Pretrial Conference currently set for November 19, 2007, is continued to Monday, January 28, 2008, at 11:00 A.M.

(2) The deadline to file Memoranda of Contentions of Fact and Law is continued to January 11, 2008.

1     (3) The deadline to conduct Pretrial Meeting of Counsel is continued to January 16, 2008.

2     (4) The deadline to lodge the Pretrial Conference Order is continued to January 18, 2008.

3     **IT IS SO ORDERED**.

4 DATED: November 9, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge